UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS DISTRICT OF, | ) | |
| GREATER ST. LOUIS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1414 HEA |
| | ) | |
| SCHILLER PROPERTIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A review of the Court file reveals there has been no official activity in this cause since the filing of the return of proof of service upon Defendants Schiller Properties, Inc., Robin Schiller, and Thomas Schiller on September 16, 2005.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all the necessary affidavits and documentation, as well as any proposed orders for the Court's consideration. Failure to comply with this order may result in the dismissal of this action without prejudice.

Dated this 17th Day of February, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE